IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:06CR56 |
| | ) | |
| v. | ) | |
| | ) | |
| JESUS CORONADO- PALMA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On November 9, 2011, defendant appeared with counsel, Karen M. Shanahan, for a Final Hearing regarding Revocation of Supervised Release (Filing No. 32). Plaintiff was represented by Michael D. Wellman, Assistant United States Attorney. Defendant admitted to Allegation 2 of the Amended Petition for Offender Under Supervision. Upon motion of the government, the Court dismissed Allegation 1; Allegations 3 through 12 were withdrawn by plaintiff, but the parties agreed Allegations 3 through 12 may be considered as true by the Court in determining an appropriate disposition herein.

The Court found defendant to be in violation of his conditions of supervised release. The Court then proceeded to a dispositional hearing.

IT IS ORDERED:

1) Defendant's supervised release is hereby revoked, and the defendant is sentenced to the custody of the Bureau of Prisons for a term of 13 months, with credit for time served since August 13, 2011.

2) Upon completion of defendant's incarceration, no further term of supervised release is imposed and any pending term of supervised release is vacated.

DATED this 9th day of November, 2011.

BY THE COURT:

/s/ Lyle E. Strom

LYLE E. STROM, Senior Judge
United States District Court

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this _____ day of _____, 2011.

_____
Signature of Defendant

## RETURN

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 2011 to _____, with a certified copy of this judgment.

_____
UNITED STATES WARDEN

By: _____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 2011.

_____
UNITED STATES WARDEN

By: _____